IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SBJ IP HOLDINGS 1, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:09-CV-00029-JRG |
| v. | § | |
| | § | |
| (1) BLOCKBUSTER INC., | § | |
| (2) SEARS BRANDS, LLC, | § | |
| (3) SEARS HOLDINGS CORPORATION, | § | |
| (4) OVERSTOCK.COM, INC., | § | JURY TRIAL DEMANDED |
| (5) BUY.COM INC., | § | |
| (6) BARNES & NOBLE, INC., | § | |
| (7) NORDSTROM, INC., | § | |
| (8) TOYS "R" US, INC., | § | |
| (9) TOYS "R" US – DELAWARE, INC. | § | |
|    and | § | |
| (10) BARNESANDNOBLE.COM, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant BB Liquidating, Inc.'s (f/k/a Blockbuster Inc.) (hereinafter "Blockbuster") Joint Motion for Dismissal With Prejudice has been considered.

IT IS HEREBY ORDERED that all of Plaintiff's claims against Blockbuster and all of Blockbuster's claims and counterclaims against Plaintiff in the above-referenced action are hereby dismissed with prejudice, each party to bear its own costs and expenses, including attorney's fees, incurred in connection with the actions.

**SIGNED this 22nd day of May, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE